**Dennis Grossman**
**Attorney At Law**
**6701 Sunset Drive (Suite 104)**
**Miami, Florida 33143**
**(516) 466-6690**

BY FEDERAL EXPRESS OVERNIGHT                             December 20, 2023

Randall C. Lohan, Clerk of Court                         MISC. CASE # 23-609
United States District Court                             U.S. DISTRICT COURT
844 North King Street (4th floor)                        DISTRICT OF DELAWARE
Wilmington, Delaware 19801

Re:   *Ricardo Devengoechea v. Bolivarian Republic of Venezuela*
      Registration of Final Judgment After Trial From the Southern District of Florida

Dear Mr. Lohan:

My office represents plaintiff Ricardo Devengoechea in an action against the Bolivarian Republic of Venezuela in the Southern District of Florida (S.D.Fla. case no. 12-CV-23743) where Mr. Devengoechea this month obtained a Final Judgment after Trial on December 4, 2023.

I enclose **(1)** for registration in this District a certified copy of the Final Judgment After Trial in the above-referenced action in the Southern District of Florida, and **(2)** a certified copy of the Order of Judge Paul C. Huck in the Southern District of Florida expressly permitting this registration in your District immediately, without waiting 30 days, as expressly authorized pursuant to 28 U.S.C. § 1963 and Fed.R.Civ.P. 62(a). I also enclose the required $52.00 check.

Pursuant to my discussions with your office, there is no need for an AO 451 form which does not apply here, in light of the enclosed Certified Order permitting immediate registration. The AO 451 form applies, by its language, only in situations where the judgment-creditor must await expiration of the appeal period which does not apply here, in light of Judge Huck's enclosed Order expressly permitting immediate registration, as authorized by 28 U.S.C. § 1963 and Fed.R.Civ.P. 62(a). This immediate registration is required because of the tight deadlines ordered by Judge Stark in the *Crystallex* case (Misc. no. 17-151-LPS) in which we intend to participate.

Kindly register the enclosed Final Judgment pursuant to 28 U.S.C. § 1963.

Please do not hesitate to contact my office if you have questions or require further information.

Respectfully,

*Dennis Grossman*

Dennis Grossman
dagrossmanlaw@aol.com
(Authorized by D.Del.L.R. 83.5(e)(1)
for 30 days; Local Counsel to be Retained)